**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**EDILSON JEANPIERD CORDOBA-**                                       **PETITIONER**
**CHACON, # A 240-269-869**

**VERSUS**                                       **CIVIL ACTION NO. 5:26cv300-DCB-RPM**

**WARDEN and FIELD OFFICE DIRECTOR**                          **RESPONDENTS**

## ORDER REQUIRING PETITIONER TO RESPOND

This matter is before the Court *sua sponte*.   *Pro se* Petitioner Edilson Jeanpierd Cordoba-Chacon is an alien detainee in the custody of the Department of Homeland Security.   A Petition [1] for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, was filed, but it was not signed under oath by as required by 28 U.S.C. § 2242.   Since the Petition is not verified, it is insufficient to invoke federal habeas jurisdiction.   *Weaver v. Texas*, 441 F.2d 388, 389 n.1 (5th Cir. 1971).   Because the pleading does not conform to the statute, he shall be required to verify the Petition.

Accordingly, the Clerk of Court shall mail Cordoba-Chacon a copy of the Petition.   If he wishes the Petition to remain filed, then he shall sign the document under oath and file it with the Court no later than July 2, 2026.

**IT IS, THEREFORE, ORDERED** that, for the reasons stated above, the Clerk of Court shall mail *pro se* Petitioner Edilson Jeanpierd Cordoba-Chacon a copy of the Petition [1] along with a copy of this Order.   If the Petitioner would like the Petition to remain filed, he shall sign the Petition under oath and file it with the Court **no later than July 2, 2026**.   Petitioner is warned that failure to timely comply with any Order of the Court or to keep the Court informed of Petitioner's current address may result in the pleading being stricken and dismissal of this

cause.

**SO ORDERED**, this the 18th day of June, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE